# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                   CASE NO.  3:04cr59-01/LAC

BRENTZ TYRONE HOLMES

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   March 26, 2009

Motion/Pleadings: Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582

Filed by  DEFENDANT      on  2/26/2009    Doc.#  109

RESPONSES:

 None       on       Doc.#
          on       Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Jerry Marbut*

LC (1 OR 2)       Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of June, 2009, that:*

*(a) The relief requested is **DENIED.***

*(b) Regardless of the guideline calculations, defendant faced a mandatory minimum sentence of Life because of his prior criminal history and would still today face a mandatory minimum life sentence. However, based upon a 5K1.1 substantial assistance motion filed by the Government, the Court imposed a sentence of 240 months, a sentence well below the mandatory minimum. Considering that a 2 point reduction in the guidelines would have reduced the range by 22 months, the Court, although not required but in fairness, has already reduced defendant's 240 month sentence by 22 months to 218 months (see doc 107). No further reduction is warranted.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*